Walter J. Pepper, appellant, v. James A. Bohan, appellee.   Gen. No. 7,129.

Action in debt. Judgment for defendant. Appeal from the Circuit Court of Mercer county; the Hon. William T. Church, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed August 13, 1923.

Watson & Duvall, for appellant; David J. Kadyk, of counsel. Marsh & Rice, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

S. T. Twomey, appellee, v. Minnie Jones, appellant.   Gen. No. 7,135.

Suit in justice of the peace court to recover first payment made on contract for purchase of real estate. Judgment for plaintiff. Appeal to county court. Judgment of justice of the peace affirmed. Appeal from the County Court of Peoria county; the Hon. Arthur C. Fort, Judge, presiding. Heard in this court at the October term, 1922. Reversed with a finding of fact. Opinion filed August 13, 1923.

Dan R. Sheen, for appellant. Scholes & Pratt, for appellee; Henry Kneller, of counsel.

Mr. Justice Jones delivered the opinion of the court.

---

George Kegher, appellee, v. John B. Cooper, appellant.   Gen. No. 7,140.

Suit for wages on yearly contract. Judgment for plaintiff. Appeal from the County Court of Kankakee county; the Hon. James T. Burns, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed August 13, 1923.

Robillard & Henry, for appellant. Frank J. Burns, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Isaiah Coffman, appellant, v. W. D. Mackey, county treasurer, appellee. Gen. No. 7,146.

*Quo warranto* against community high school district. Bill of complaint filed by taxpayer for injunction restraining collection of taxes levied pending *quo warranto* proceedings. Temporary injunction granted and dissolved. Bill dismissed. Appeal from the Circuit Court of Ogle county; the Hon. Franklin J. Stransky, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed August 13, 1923.

James L. McDowell, State's Attorney, Frank Wertz and H. A. Brooks, for appellant. D. D. Madden and H. A. Smith, for appellee; Stevens & Herndon, of counsel.

Mr. Justice Jones delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Andrew Russell, appellee, v. Illinois State Bank of Crete et al., on appeal of William Saller, appellant. Gen. No. 7,107.

Petition for solicitor's fees in suit by receiver against directors of bank. Order allowing fee. Appeal from the Circuit Court of Will county; the Hon. Dorrance Dibell, Judge, presiding. Heard in this court at the April term, 1922. Appeal dismissed. Opinion filed September 7, 1923.